IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-114 |
| | ) | |
| WARDEN JERMAINE WHITE; | ) | |
| VERONICA STEWART, Deputy Warden | ) | |
| Security; SGT. MOORE; SGT. ROBINSON; | ) | |
| UNIT MANAGER KAREN THOMAS; and | ) | |
| CHIEF COUNSELOR JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 27.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Defendants White, Thomas, and Johnson for failure to state a claim upon which relief may be granted, and **DENIES** Plaintiff's emergency motion, (doc. no. 9). The case shall proceed against Defendants Stewart, Moore, and Robinson as described in the Magistrate Judge's January 12, 2023, Order. (Doc. no. 24.)

SO ORDERED this 6th day of February, 2023, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE