IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-114 |
| | ) | |
| VERONICA STEWART; SGT. MOORE; and SGT. ROBINSON, | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Defendants' motion to dismiss. (Doc. no. 31.) Defendants shall have fourteen days from the date of this Order to file their answers and serve them on Plaintiff at his new address at Smith State Prison. (See doc. no. 41.)

SO ORDERED this 26th day of April, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE