IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-114 |
| | ) | |
| VERONICA STEWART; SGT. MOORE; | ) | |
| and SGT. ROBINSON, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Plaintiff did, however, file a declaration containing additional statements from other inmates supporting the factual allegations in his emergency motion. (See doc. no. 48.) These statements are largely cumulative and also irrelevant to the Magistrate Judge's findings regarding the Court's jurisdiction. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Plaintiff's emergency motion. (Doc. no. 45.)

SO ORDERED this 19th day of May, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE