IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| CHRISTOPHER JACKSON, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )   CV 322-114<br>) |
| VERONICA STEWART; SGT. MOORE; and SGT. ROBINSON, | )<br>)<br>) |
| Defendants. | )<br>) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 66.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendants' motion for summary judgment, (doc. no. 56), **DIRECTS** the Clerk to **ENTER** a final judgment in favor of Defendants, and **CLOSES** this civil action.

SO ORDERED this ___1st___ day of April, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE